DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CITY OF PEMBROKE PINES,**
Appellant,

v.

**TOWN OF SOUTHWEST RANCHES,** a Florida municipal corporation,
Appellee.

No. 4D22-1785

[May 25, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carlos A. Rodriguez, Judge; L.T. Case No. 15-008749 (14).

Christopher J. Stearns and Bruce Johnson of Johnson, Anselmo, Murdoch, Burke, Piper & Hochman, P.A., Fort Lauderdale, for appellant.

Susan E. Trench of Susan E. Trench, P.A., Miami, and Alan G. Kipnis of Government Law Group, PLLC, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***